FILED
May 06, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002611745

ROBERT HAWKINS #131159
CHAPTER 7 TRUSTEE
1849 NORTH HELM, SUITE 110
FRESNO, CALIFORNIA 93727
(559) 255-0555

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-12914-A-7F |
| CARLOS O. DIAZ and MARIA E. DIAZ, | DC No. RHT-1 |
| | TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY 11 U.S.C. §363 |
| Debtors. / | Date: June 9, 2010 Time: 9:00 a.m. Dept: A |

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

Robert Hawkins respectfully represents:

1. He is the duly appointed, qualified, and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about March 22, 2010, and Robert Hawkins was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a 1992 Toyota Tacoma with an approximate fair market value of $500.00, a 1999 Toyota Camry with an approximate fair market value of $2,100.00, and a 2001 Chevrolet Tahoe with an approximate fair market value of $5,650.00.

5. The Trustee has received and offer from the debtors, Carlos O. Diaz and Maria E. Diaz, to purchase the above-described assets for the total sum of $5,000.00. The funds have been received by the estate.

6. In deciding to accept the debtors' proposed offer, the Trustee took into consideration the fair market values of the vehicles, the costs associated with taking possession of, storing, and selling the vehicles at auction,, and the debtors' allowed vehicle exemption in the amount of $2,550.00. The Trustee does not believe that the estate would net a higher amount from an auction sale of the vehicles.

7. The Trustee believes that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the Trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtors, Carlos O. Diaz and Maria E. Diaz, for the total sum of $5,000.00.

**DATED:**

MAY 05 2010

ROBERT HAWKINS,
Chapter 7 Trustee